IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATED PRODUCERS, LTD., et al.   *
                                      *
        Plaintiffs,                   *
                                      *      Case No. 1:14-cv-00397-CKK
v.                                    *
                                      *
VANDERBILT UNIVERSITY, et al.         *
                                      *
        Defendants.                   *

**JOINT SUBMISSION OF THE PARTIES
REGARDING RULE 16.3 INITIAL CONFERENCE**

COMES NOW the parties, Associated Producers, Ltd., Simcha Jacobovici and Robin Jensen and hereby submit their joint initial statement pursuant to the rules of this court 16.3 as follows:

1. <u>ADR</u>

It is premature for the parties to determine whether ADR would be helpful to the resolution of this matter.

2. <u>Likelihood that Case will be Disposed of by Dispositive Motion (without discovery)</u>

The parties do not believe that the case will be disposed of by dispositive motion without discovery as a court has already ruled on defendants' motions.

3. <u>Date by Which any Other Party Shall be Joined or Pleadings Amended; and Whether any Factual or Legal Matters can be Narrowed</u>

The parties do not anticipate additional parties being added, or pleadings amended and it is premature to know whether any factual or legal matters can be narrowed.

4. <u>Whether Case Should be Assigned to Magistrate for all Purposes</u>

Neither party is in favor of assigning this matter to a magistrate for all purposes.

5. <u>Possibility of Settlement</u>

      The parties believe it is premature to determine the possibility of settlement until additional information is developed in discovery.

6.     <u>Likelihood Case can be Resolved by Summary Judgment</u>

      The parties believe it is premature to determine whether this case can be resolved by summary judgment at this time.

7.     <u>Whether Parties Stipulate to Dispense with Initial Disclosures, and if not, Timing, Scope and Formal Disclosures</u>

      The parties will participate in initial disclosures with the traditional form as outlined in the Rules. The timing for the scope of initial disclosures shall be delayed as a result of matters related to separate filings which will be presented to the court. Counsel for plaintiff will be filing a separate report and request.

8.     <u>Discovery: Extent of, How Long, What Limits, Need for Protective Order, Time for Completion</u>

      The parties anticipate several rounds of written discovery, depositions of the principals, possible depositions of witnesses in Israel and extensive depositions and discovery directed to National Geographic. The parties anticipate that discovery will require considerable time because of the logistics of potential discovery out of the country.

9.     <u>Whether Expert Disclosure Requirements Should be Modified</u>

      The parties do not anticipate any modification of expert disclosures at this time.

10.    <u>Whether Trial and/or Discovery Should be Bifurcated or Discovery Managed Phases</u>

      The parties do not anticipate trial or discovery being bifurcated or discovery managed in phases.

<u>Postponement of Current Initial Conference of February 11, 2015 at 9:30 a.m.</u>

      The parties jointly request that the initial conference of February 11, 2015 at 9:30 a.m. be postponed for at least 120 days. Counsel for the defense are unavailable for the currently scheduled initial conference.

Counsel for the plaintiff is facing a personal medical challenge which will require a minimum of a 120 day delay. The defense consents to the delay. This will be the subject of a separate filing under seal.

                                              **ASSOCIATED PRODUCERS, LTD.**
                                              **ROBIN M. JENSEN**
                                              **SIMCHA JACOBOVICI**

                                              By Counsel

_____/s/_____
John D. McGavin, Esquire (Bar No. 475899)
Dawn E. Boyce, Esquire (Bar No. 440010)
BANCROFT, McGAVIN, HORVATH
 & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
jmcgavin@bmhjlaw.com
dboyce@bmhjlaw.com
*Counsel for Defendant, Robin M. Jensen*


_____/s/_____
Richard L. Charnley, Esquire (*pro hac vice)*
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
richard.charnley@arentfox.com